UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61028-CIV-DIMITROULEAS

TAMMY WILLIAMS,

    Plaintiff,

vs.

DOLGENCORP, LLC d/b/a
DOLLAR GENERAL,

    Defendant.
_____/

## SECOND ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on the Court's Order to Show Cause, entered May 8, 2023. [DE 27].

On July 7, 2022, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 12]. On April 22, 2023, a Mediator's Report was filed, stating that the parties have settled this matter and would file a stipulation of dismissal within 30 days. *See* [DE 26]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court. On May 8, 2023, the Court entered an Order to Show Cause, requiring that "no later than May 15, 2023, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed." [DE 27]. No response was filed.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **May 23, 2023**, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed. Failure to comply may result in sanctions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record